ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA               :

        -v.-                           :   **INDICTMENT**   JUDGE BERMAN

STEFAN MELVILLE,                       :   22 Cr.

               Defendant.       :   **22 CRIM 456**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 24 2022

**COUNT ONE**
(Felon in Possession of Ammunition)

The Grand Jury charges:

On or about July 3, 2022, in the Southern District of New York and elsewhere, STEFAN MELVILLE, the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, a Hornady .380 auto caliber shell casing and two R-P 9mm Luger .380 auto caliber shell casings, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

STEFAN MELVILLE,

Defendant.

---

### INDICTMENT

22 Cr.

(18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2.)

DAMIAN WILLIAMS
United States Attorney

*[signature]*
Foreperson

---

8/24/22

NF

Indictment filed

Case assigned to
Wheel A
Judge Berman

Sarah L Cave
U.S.M.J.