UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

              22 CR. 456 (RMB)

  -against-

**ORDER**

STEFAN MELVILLE,
                Defendant.
------------------------------------------------------------X

The proceeding previously scheduled for Thursday, September 15, 2022 at 12:00 PM is hereby rescheduled to Tuesday, September 20, 2022 at 9:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0456

Dated: August 30, 2022
       New York, NY

                                              _Richard M. Berman_
                                              RICHARD M. BERMAN
                                                    U.S.D.J.