

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 6, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/22

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Stefan Melville*, 22 Cr. 456 (RMB)

Dear Judge Berman:

The Government respectfully requests that the time between today and the arraignment scheduled for September 20, 2022 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendant was indicted on August 24, 2022, *see* ECF No. 5, and the Court has scheduled the arraignment for September 20, 2022. ECF No. 6. While it is the Government's position that the Speedy Trial clock does not begin to run until the date the defendant is arraigned, out of an abundance of caution, the Government seeks the proposed exclusion between today and the date of arraignment. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review such discovery, and the parties an opportunity to discuss the possibility of pretrial resolution of this case. Defense counsel has informed the Government that she consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jeffrey W. Coyle
Assistant United States Attorney
Southern District of New York
(212) 637-2437
Jeffrey.Coyle@usdoj.gov

Application granted for the reasons set forth in this letter.

SO ORDERED:
Date: 9/7/22
Richard M. Berman, U.S.D.J.