**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                              22 CR. 456 (RMB)
   -against-

                                              **ORDER**

STEFAN MELVILLE,
                Defendant.
-----------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, September 20, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       Dial-In Number: (646) 453-4442
       Conference ID: 369 240 087#

Dated: September 13, 2022
       New York, NY

                                                                              _____
                                                                               RICHARD M. BERMAN
                                                                                    U.S.D.J.