UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                  22 CR. 456 (RMB)

  -against-

                                                                **ORDER**

STEFAN MELVILLE,
                Defendant.
------------------------------------------------------------X

      The proceeding previously scheduled for Tuesday, September 20, 2022 at 9:00 AM is hereby rescheduled to Thursday, September 22, 2022 at 9:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      Dial-In Number: (646) 453-4442
      Conference ID: 369 240 087#

Dated: September 19, 2022
       New York, NY

                                                      *Richard M. Berman*
                                                _____
                                                       RICHARD M. BERMAN
                                                                U.S.D.J.