**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 17, 2022

**VIA ECF**
Honorable Judge Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Stefan Melville**
      **22 CR 456 (RMB)**

Extension granted.

SO ORDERED:
Date: 12/19/22
Richard M. Berman, U.S.D.J.

Dear Judge Berman:

    On behalf of defendant Stefan Melville, I write to respectfully request a 30-day extension of the deadline for defense motions in this case, currently set for December 20, 2022. This is the first request for an extension of time of the motion deadline. I have conferred with AUSA Jeff Coyle who informs me the government does not object to this request.

    The parties are in discussions regarding a possible pretrial resolution in this matter. Those discussions are progressing but require a little additional time. I therefore respectfully seek a 30-day adjournment of the briefing schedule in this matter in order to facilitate and conclude those negotiations.

    As noted above, the government consents to this request. It further seeks, and the defense consents to, the exclusion of time under the Speedy Trial Act between December 20, 2022, and the date of the new motion deadline, pursuant to 18 U.S.C. § 3161(h)(7). The exclusion of time will allow the parties to finalize discussion of a pretrial resolution to this case and will further permit the defense time to properly review discovery and prepare any defensive motions.

Sincerely,

/s/ Hannah McCrea
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC:   AUSA Jeff Coyle