**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 22 CR. 456 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| STEFAN MELVILLE, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The status conference scheduled for Wednesday, March 8, 2023 at 9:00 A.M. is hereby rescheduled to 1:00 P.M. on the same date.

The proceeding will be held in Courtroom 17B.

Dated: March 1, 2023
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.