**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                Government,    :   22 CR. 456 (RMB)
                                            :
     - against -                           :   **ORDER**
                                            :
STEFAN MELVILLE,                            :
                                            :
                Defendant.     :
------------------------------------------------------------x

The status conference scheduled for Wednesday, April 12, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: April 5, 2023
       New York, NY

                                                        RICHARD M. BERMAN
                                                            U.S.D.J.