# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

*ADMITTED IN NY & NJ STATE AND FEDERAL

May 8, 2023

Via ECF Filing
Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, 17B
New York, NY 10007-1312

> Conference is adjourned to 5/23/23 at 11:30 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 5/8/23
> Richard M. Berman, U.S.D.J.

Re: USA v. Stefan Melville
Docket No. 1:22-CR-00456-RMB

Honorable Justice;

I, Dawn M. Florio, Esq., represents Stefan Melville on the above instant matter that is dated May 10, 2023 @ 10am for in-person status conference.

I am requesting a postponement of the status conference currently scheduled for May 10, 2023. As soon as I had filed my Notice of Appearance, I was ordered to start a Double Murder Trial in the Bronx. I have just completed it and the verdict was just reached this past Thursday. I am asking your Honor for a 2 week adjournment to go over the discovery and have a discussion with my client to possibly come up with a disposition by then.

AUSA Jeffrey Coyle consents to the request of adjourning Mr. Melville's conference. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Stefan Melville*

CC:   All Counsel