# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

**MEMO ENDORSED**

*ADMITTED IN NY & NJ STATE AND FEDERAL

November 20, 2023

Via ECF Filing
Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, 17B
New York, NY 10007-1312

> Sentencing adjourned to January 9, 2024 @ 10:00 A.M. Ms. Florio to advise the Court should she become available on an earlier date.
>
> SO ORDERED.
> Date: 11/20/23
> Richard M. Berman, U.S.D.J.

Re: USA v. Stefan Melville
Docket No. 22-CR-00456-RMB

Honorable Justice;

I, Dawn M. Florio, Esq., represent Stefan Melville on the above instant matter that is dated November 28, 2023 @ 10am for sentencing.

I have been ordered to start a 2020 Murder Trial in the Bronx that has been rescheduled a few times due to my hectic trial schedule. Thereafter I have 2 more trials scheduled. I am requesting a 60-day adjournment of Mr. Melville's sentencing for some time in January.

AUSA Jeffrey Coyle and The Government takes no position on this request. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Stefan Melville*

CC: All Counsel