**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 22 CR. 456 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| STEFAN MELVILLE, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The sentencing scheduled for Tuesday, January 9, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: January 3, 2024
New York, NY

*Richard M. Berman*

RICHARD M. BERMAN
U.S.D.J.