# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

*ADMITTED IN NY & NJ STATE AND FEDERAL

January 5, 2024

Via ECF Filing
Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, 17B
New York, NY 10007-1312

Sentence is adjourned to 1/23/24 at 10:00 am.

SO ORDERED:
Date: 1/8/24
Richard M. Berman, U.S.D.J.

Re: USA v. Stefan Melville
Docket No. 1:22-CR-0[...]

Honorable Justice;

I, Dawn M. Florio, Esq., represent Stefan Melville on the above instant matter that is dated January 9, 2023 @ 10am for sentencing.

We were informed by BOP that Mr. Melville is undergoing treatment for a bicep's tendon rupture. I have also been ordered to start a 2021 Murder Trial in Brooklyn (Please See Attachment). I am requesting at least a two (2) week adjournment of Mr. Melville's sentencing.

AUSA Jeffrey Coyle and The Government consent to this request. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Stefan Melville*

CC:   All Counsel



**William A. Neri**
From: wneri@nycourts.gov
To: Dawn Florio, CUNNINGHAM, JHOUNELLE

Wed, Dec 13, 2023 at 12:29 PM

Good afternoon counselors,

I hope this email finds everyone well.

This matter is marked for trial on January 9, 2024, and the Parties have previously been Ordered engaged for this matter on that date.

Please supply chambers with a ready sheet as soon as possible, as it is required by the Clerk's Office for all hearing and trial matters.

Thank you and have happy holidays.

Regards,

William A. Neri, Esq.
Principal Law Clerk to the
Hon. Vincent M. Del Giudice
Judge of the Court of Claims
Acting Justice of the Supreme Court
(o) (347) 296-1852
(c) (347) 245-5817