**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                         Government,            :        22 CR. 456 (RMB)
                                                :
           - against -                          :        **ORDER**
                                                :
                                                :
STEFAN MELVILLE,                                :
                                                :
                         Defendant.             :
---------------------------------------------------------------x


          The sentencing scheduled for Tuesday, January 23, 2024 at 10:00 A.M. will

take place in Courtroom 17B.



Dated: January 17, 2024
          New York, NY


                                                    _____
                                                        RICHARD M. BERMAN
                                                              U.S.D.J.