**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                            :
                                                     :
                Government,            :        22 CR. 456 (RMB)
                                                     :
     - against -                                   :        **ORDER**
                                                     :
                                                     :
STEFAN MELVILLE,                                     :
                                                     :
                Defendant.             :
---------------------------------------------------------------x

The sentencing scheduled for Wednesday, March 27, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: March 18, 2024
       New York, NY

                                                  _____
                                                      RICHARD M. BERMAN
                                                          U.S.D.J.