**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                            :
                             Government,      :      22 CR. 456 (RMB)
                                                                            :
        - against -                         :      **ORDER**
                                                                            :
                                                                            :
STEFAN MELVILLE,                                          :
                                                                            :
                              Defendant.       :
---------------------------------------------------------------x

       The sentencing scheduled for Tuesday, July 9, 2024 at 12:00 P.M. will take place in Courtroom 17B.

Dated: June 26, 2024
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                          U.S.D.J.